UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

    v.

HAROLD EDWARD WALLER,

         Defendant.
_____/

NO. CR. S-12-139 KJM

<u>ORDER</u>

        As previously discussed with counsel, and as provided by 18 U.S.C. section 3552(c), the court hereby appoints John M. Shields, Ph.D. to evaluate defendant Harold Edward Waller and to report to the court in writing as provided by 18 U.S.C. section 4247 subsections (c)(1), (2), (3) and (4)(F), a general assessment of Mr. Waller for use at sentencing, describing any necessary and/or appropriate conditions of supervised release, including counseling, and the desirability and/or need for placing Mr. Waller for a period of time in the halfway house in Great Falls, Montana as a condition of release.

        The court directs the parties to cooperate in providing any and all discovery and medical/psychological records to Dr. Shields so that he may complete a report in time for the continued hearing on sentencing, currently set for January 9, 2013. In addition, the court authorizes Probation Officer Lynda Moore to speak with Dr. Shields and to release to him a copy of the pre-plea report and any other written materials she has received or generated that she

1  deems relevant to the questions to be addressed, with the understanding that all such materials
2  shall be treated as confidential. Finally, the court directs defense counsel to make arrangements
3  for the examination as soon as possible.
4  Dr. Shields is directed to provide copies of his completed confidential report to
5  the court and to Officer Moore; Officer Moore will transmit confidential copies of the report to
6  counsel prior to hearing. Dr. Shields may submit a bill for his services directly to the Clerk of
7  the Court.
8  The Clerk of the Court is directed to serve a courtesy copy of this order on Dr.
9  Shields.
10 DATED: December 28, 2012.

_____
UNITED STATES DISTRICT JUDGE